UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-                                      Case No. 1:18-cr-10056-STA

**KENNETH MITCHELL FONGERS,**

    **Defendant.**

---

### ORDER ON MOTION TO CONTINUE REPORT DATE

---

This matter came to be heard before the Court upon a Motion to Continue Report Date, and without opposition of the Government, the motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED, that the report date in this matter be rescheduled from December 11, 2018, at 9:00 a.m., to December 11, 2018, at **10:30 a.m.**

Entered this 27th day of November, 2018.

                                                            s/S. Thomas Anderson
                                                            CHIEF U.S. DISTRICT JUDGE